IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. DWYER, ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION |
| ) | |
| v. ) | NO: 02-CV-4353 |
| ) | |
| INTEGRATED TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE**

COMES NOW Defendant Integrated Technologies, Inc. ("ITEQ"), by counsel, and files this Motion to Dismiss for Improper Venue pursuant to 28 U.S.C. § 1406 and 42 U.S.C. § 2000e-5(f). In support of this motion, as set forth more fully in the attached Memorandum of Points and Authorities, Defendant moves to dismiss the Complaint in this case because neither the alleged unlawful employment practices, the relevant employment records, nor the location where Plaintiff would have worked but for the alleged unlawful employment practices, are in the Commonwealth of Pennsylvania.

WHEREFORE, Defendant respectfully requests that this Court grant its motion and dismiss the Complaint filed in this case.

                                          Respectfully submitted,

                                          BAZELON LESS & FELDMAN, P.C.

BY: _____
       Paul B. Bech
       1515 Market Street, Suite 700
       Philadelphia, PA  19102
       (215) 568-1155
       Counsel for Defendant

OF COUNSEL:

Andrew P. Hallowell
PILIERO, MAZZA & PARGAMENT, PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000

DATED: September 30, 2002

J:\ITEQ\ITEQ-Mot Dismiss .doc