IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. DWYER, | ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) | NO: 02-CV-4353 |
| INTEGRATED TECHNOLOGIES, INC. | ) | |
| Defendant | ) | |

**ORDER**

AND NOW, this ____ day of _____, 2002, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss Amended Complaint For Improper Venue is GRANTED.

2. The Complaint is hereby DISMISSED.

BY THE COURT:

_____
Weiner, Charles R., J.