IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BARBARA A. DWYER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | NO: 02-CV-4353 |
| ) | |
| INTEGRATED TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW P. HALLOWELL

Paul B. Bech, a member of the Bar of this Court, and counsel for Movant, Integrated Technologies, Inc. (the "Movant"), in the above captioned matter, hereby moves for the admission *pro hac vice* of Andrew P. Hallowell, member of the law firm of Piliero, Mazza & Pargament, PLLC, 888 17th Street, N.W., Suite 1100, Washington, D.C. 20006, as counsel for the Movant in the above-captioned matter. In support of this Unopposed Motion, the declaration of Paul B. Bech is attached hereto as Exhibit A.

Counsel for Plaintiff has stated that Plaintiff does not oppose the granting of this Motion.

Respectfully submitted,
BAZELON LESS FELDMAN, P.C.

BY: _____
Paul B. Bech
I.D. No. 59850
1515 Market Street, 7th Floor
Philadelphia, PA 19102

Attorneys for Defendant
Integrated Technologies, Inc.

OF COUNSEL:

Andrew P. Hallowell
PILIERO, MAZZA & PARGAMENT, PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000

DATED: November 6, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                    )
BARBARA A. DWYER,                   )
                                    )
            Plaintiff,              )    CIVIL ACTION
                                    )
      v.                            )    NO: 02-CV-4353
                                    )
INTEGRATED TECHNOLOGIES, INC.,      )
                                    )
            Defendant.              )
_____)

## ORDER

      AND NOW, this _____ day of _____, 2002, upon consideration of Movant's Unopposed Motion for Admission of Andrew P. Hallowell, *Pro Hac Vice*, it is hereby ORDERED AND DECREED that Andrew P. Hallowell is admitted *pro hac vice* in this action as counsel for Movant, Integrated Technologies, Inc.

 

                                                            _____
                                                                   U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                    )
BARBARA A. DWYER,                   )
                                    )
             Plaintiff,             )        CIVIL ACTION
                                    )
      v.                            )        NO: 02-CV-4353
                                    )
INTEGRATED TECHNOLOGIES, INC.,      )
                                    )
             Defendant.             )
_____)

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION
## FOR ADMISSION *PRO HAC VICE* OF ANDREW P. HALLOWELL

Paul B. Bech, in support of Movant's Unopposed Motion For Admission *Pro Hac Vice* of Andrew P. Hallowell deposes and says as follows:

1. I am a member in good standing of the Bar of this Court and local counsel for Movant.

2. Principal counsel for Movant – Andrew P. Hallowell – is a member in good standing in the Bars of the District of Columbia and the State of Maryland, and is also admitted in the U.S. District Court for the District of Maryland, with no disciplinary or grievance proceedings filed or pending against him, and he has not resigned or been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court.

3. Admission of Andrew P. Hallowell *pro hac vice* in this action, on behalf of the Movant, will facilitate presentation of the issues for adjudication by the Court. Mr. Hallowell has acquired special knowledge with respect to the claims made by Movant.

4. If admitted *pro hac vice*, Andrew P. Hallowell will abide by all the rules of this Court, copies of which have been provided to him. I will also be able to provide any assistance regarding the rules and operating procedures of this Court.

5. My colleague Noah H. Charlson, Esq. has spoken with William T. Wilson, Esq. counsel for Plaintiff, and confirmed that Plaintiff does not oppose the granting of this Motion.

                Respectfully Submitted,

                BAZELON LESS FELDMAN, P.C.

BY:    _____
                Paul B. Bech
                I.D. No. 59850
                1515 Market Street, 7th Floor
                Philadelphia, PA  19102

                Attorneys for Defendant
                Integrated Technologies, Inc.

OF COUNSEL:

Andrew P. Hallowell
PILIERO, MAZZA & PARGAMENT, PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 857-1000

DATED: November 6, 2002

2

<u>Certificate of Service</u>

I certify that on this 7th Day of November, 2002, I served a copy of the foregoing Unopposed Motion for Admission Pro Hac Vice of Andrew P. Hallowell, together with the Declaration of Paul B. Bech and Proposed Order, upon the following person by first class United States mail:

William T. Wilson, Esquire                                                                    Counsel for Plaintiff
17 W. Miner Street
P.O. Box 660
West Chester, PA 19381-0660


                                                                                                                                      _____
                                                                                                                                        Noah H. Charlson