IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. DWYER, | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) NO: 02-CV-4353 |
| INTEGRATED TECHNOLOGIES, INC., | ) |
| Defendant | ) |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw our appearance in this action as counsel for Defendant ITEQ - Integrated Technologies, Inc., which is now being represented by Daniel J. Brennan, Esquire, and Mariellen Bello, Esquire, of the firm of McAlees, McGoldrick, Susanin & Widman, P.C.

Respectfully submitted,

Paul B. Bech
BAZELON LESS & FELDMAN, P.C.
I.D. No. 59850
1515 Market Street, 7th Floor
Philadelphia, PA 19102

Andrew P. Hallowell
PILIERO, MAZZA & PARGAMENT, PLLC
888 17th Street, N.W., Suite 1100
Washington, D.C. 20006

DATED: January 8, 2003

## Certificate of Service

I certify that on this 8h day of January, 2003, I served a copy of the foregoing document upon the following person by first class United States mail:

| | |
|---|---|
| William T. Wilson, Esquire<br>MacElree Harvey Ltd.<br>17 W. Miner Street<br>P.O. Box 660<br>West Chester, PA 19381-0660 | Counsel for Plaintiff |
| Daniel J. Brennan, Esquire<br>Mariellen Bello, Esquire<br>McALEES McGOLDRICK, SUSANIN & WIDMAN, P.C.<br>Suite 240 Executive Terrace<br>455 South Gulph Road<br>King of Prussia, PA 19406 | Counsel for Defendant |

*Paul B. Bech*

Paul B. Bech